UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
_____

| | |
|---|---|
| LUIS RAMIREZ,                    : | |
|       Plaintiff,                 : | |
|                                  : | |
|    v.                            : | No. 5:19-cv-5519 |
|                                  : | |
| LILLIE GONZALEZ,                 : | |
|       Defendant.                 : | |

_____

## O R D E R

**AND NOW,** this 24th day of June, 2020, upon consideration of this Gonzalez's motion to dismiss for lack of subject matter jurisdiction, ECF No. 11, **IT IS HEREBY ORDERED THAT**:

1. Gonzalez's motion to dismiss for lack of subject matter jurisdiction, ECF No. 11, is **GRANTED**.

2. The matter is **DISMISSED without prejudice** for lack of subject matter jurisdiction. The claim is dismissed without prejudice to be filed in state court.[1]

3. Ramirez's motion for entry to default, ECF No, 12, is **DENIED as moot**.[2]

4. The matter is **CLOSED**.

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] "The period of limitations for any claim asserted under subsection (a) . . . shall be tolled while the claim is pending and for a period of 30 days after it is dismissed unless State law provides for a longer tolling period." 28 U.S.C. § 1367(d).

[2] The Court understands Gonzalez's motion was untimely. However, defaults are disfavored, *see Harad v. Aetna Cas. & Sur. Co.*, 839 F.2d 979, 982 (3d Cir. 1988) ("[T]his Court has adopted a policy disfavoring default judgments and encouraging decisions on the merits").